```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                          DEC - 3 2009

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Carlos Ronteria<br>DEFENDANT(S). | CASE NUMBER<br>CR09-939-GW-13<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __December 9__, __2009__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Fick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __12/3/09__        _____[signature]_____
                          U.S. District Judge/Magistrate Judge